AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Edward ACEVEDO**<br>YOB: 1977 - COB: U.S.A.<br><br>_Defendant_ | ) ) ) ) ) )   Case No. 7:18mj 1388 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __07/06/2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant violated __Title 18__ U. S. C. § __Section 922g(1)__, an offense described as follows:

It shall be unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to receive, possess, or transport any firearm or ammunition in or affecting interstate or foreign commerce: or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

_Approved_

_____
Complainant's signature

Alexander Estrada, ATF Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 7/6/18 - 4:56p.m.

_____
Judge's signature

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
_Printed name and title_

# ATTACHMENT A

This affidavit is in support of a criminal complaint charging Edward ACEVEDO, hereinafter referred to as "ACEVEDO" with the criminal violation set forth in Attachment A. The evidence available to me demonstrates that there is probable cause that ACEVEDO has violated Title 18 United States Code Section 922 (g)(1) which provides as follows:

It shall be unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to receive, possess, or transport any firearm or ammunition in or affecting interstate or foreign commerce: or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

Further, your Affiant states as follows:

On July 6, 2018, your Affiant received information from law enforcement sources requesting ATF assistance at a residence located in Mission, Texas after the execution of a state search warrant for suspected narcotics.

Your Affiant, along with Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Senior Special Agent (S/SA) Michael Cardenas arrived at the aforementioned location and made contact with Drug Enforcement Administration (DEA) Task Force Officer (TFO) Osiel Reyes and received the information that a Glock, model: 22, .40 caliber pistol was discovered inside of the master bedroom of ACEVEDO's residence. DEA TFO Reyes also informed your Affiant that ACEVEDO advised DEA TFO Reyes in a post Miranda interview that the aforementioned pistol belonged to ACEVEDO.

Your Affiant and ATF S/SA Cardenas met with ACEVEDO at the Mission Police Department in Mission, Texas for an interview. At approximately 11:17 a.m., ACEVEDO was advised of his Miranda Rights. ACEVEDO stated he understood his rights and agreed to speak to Agents.

In summary, ACEVEDO told the Agents that he purchased the Glock, model: 22, .40 caliber pistol from an individual for approximately six hundred dollars ($600.00). ACEVEDO told Agents he purchased the aforementioned pistol for the protection of his family. Furthermore, ACEVEDO stated that he had previously shot the aforementioned pistol at a family member's ranch on numerous occasions.

AO 91 (Rev. 2/09) Criminal Complaint

## ATTACHMENT A

Later on July 6, 2018, your Affiant spoke with ATF SA Carlos Delgado, who is a recognized expert in the interstate and foreign commerce travel of firearms and ammunition. SA Delgado conducted a preliminary examination of photographs provided of the aforementioned firearm and determined that the Glock, model: 22, .40 caliber pistol was manufactured outside the State of Texas. Therefore, the firearm had previously traveled in interstate or foreign commerce at some point prior to being possessed by any person in the State of Texas.

Also on July 6, 2018, your Affiant conducted a computerized criminal history check on ACEVEDO and determined that ACEVEDO was convicted on December 15, 2011 for the offense of being in possession of a controlled substance, a second degree felony, and was sentenced to five (5) years community supervision.

Based on the above information, your Affiant believes Edward ACEVEDO, a previously convicted felon, was in possession of the above mentioned firearm in violation of Title 18 United States Code Section 922(g)(1) on July 6, 2018 in Hidalgo County, Texas.

_____
Alexander Estrada, ATF Special Agent

Sworn to before me and subscribed in my presence,

_____
Juan F. Alanis, U.S. Magistrate Judge